```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., | CIVIL ACTION NO. 07-2628 (MLC) |
|  | **MEMORANDUM OPINION** |
| Plaintiff, |  |
| v. |  |
| vCOLLECT GLOBAL, INC., et al., |  |
| Defendants. |  |

**THE DEFENDANT** Lawrence J. Weil moving to dismiss the complaint insofar as asserted against him (dkt. entry no. 9); and the Clerk of the Court having entered default against the defendant vCollect Global, Inc. (unnumbered dkt. entry btwn. dkt. entry nos. 5 & 6); and the plaintiff now submitting a "Notice Of Voluntary Dismissal" as to the entire complaint pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(i) (dkt. entry no. 11); and the Court thus intending to (1) deny the motion without prejudice as moot, and (2) dismiss the complaint under Rule 41(a); and for good cause appearing, the Court will issue an appropriate order and judgment.

```
                                   s/ Mary L. Cooper
                                MARY L. COOPER
                                United States District Judge
```

**Dated:** October 25, 2007